IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Valorie R. McCann,<br>　　Plaintiff,<br>　　v.<br><br>Ogle County et al<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 11 CV 50125<br><br>Magistrate Judge: Iain D. Johnston |

## **ORDER**

      Status hearing held on 9/24/2015. As to the parties' joint statement on fees and costs incurred [284] relating to the sanction previously imposed [273], the Court has determined reasonable fees and costs as stated in open court. Additionally, the plaintiff's oral motion to extend the time to pay these fees and costs is unopposed and granted. Therefore, it is this Court's Report and Recommendation that the plaintiff pay the following fees and costs in full by 10/16/2015: (1) $1,526.25 for fees and costs incurred on behalf of Defendant Mongan; (2) $2,186.88 for fees and costs incurred on behalf of Defendant Beitel; (3) $4,155.81 for fees and costs incurred on behalf of Defendants Ogle County, Ogle County Sheriff's Dept. and Kerwin; (4) $6,241.05 for fees and costs incurred on behalf of Defendants Health Professionals and Dr. Cullinan. Any objection to this Report and Recommendation shall be filed by 10/8/2015. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989). Additionally, the plaintiff's oral request to withdraw her motion to take the depositions of Dr. Peters and Dr. Cullinan [279] is granted, and the motion is withdrawn. The parties shall complete the depositions of the plaintiff's retained experts by 11/30/2015. The telephonic status hearing previously set for 10/27/2015 is stricken and no appearance is required on that date. A telephonic status hearing is set for 12/8/2015 at 9:00 AM. By 12/4/2015, counsel shall provide direct-dial telephone numbers to the Court's operations specialist who will initiate the call.


(:51)

Date:　September 24, 2015　　　　　　　　　　/s/ Iain D. Johnston