# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Valorie R. McCann, | ) | |
| | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     v. | ) | Case No: 11 C 50125 |
| | ) | |
| Ogle County, et al., | ) | |
| | ) | |
|     *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

The magistrate judge's unopposed report and recommendation [287] is accepted in part. Plaintiff shall pay the following fees and costs by October 30, 2015: (1) $1,526.25 for fees and costs incurred on behalf of Defendant Mongan; (2) $2,186.88 for fees and costs incurred on behalf of Defendant Beitel; (3) $4,155.81 for fees and costs incurred on behalf of Defendants Ogle County, Ogle County Sheriff's Department and Kerwin; (4) $6,241.05 for fees and costs incurred on behalf of Defendants Health Professionals and Dr. Cullinan.

## STATEMENT

On August 24, 2015, this court accepted a recommendation from the magistrate judge that plaintiff face monetary sanctions for her failure to comply with her Rule 26 and 37 expert-disclosure obligations. The court did so over the objections of defendants seeking an order from this court sanctioning her by barring her proposed expert testimony. The matter was referred back to the magistrate judge for a further recommendation as to an appropriate amount for those monetary sanctions. Currently before the court is the magistrate judge's report and recommendation ("R&R") that this court impose the following amounts on plaintiff as sanctions: (1) $1,526.25 for fees and costs incurred on behalf of Defendant Mongan; (2) $2,186.88 for fees and costs incurred on behalf of Defendant Beitel; (3) $4,155.81 for fees and costs incurred on behalf of Defendants Ogle County, Ogle County Sheriff's Department and Kerwin; (4) $6,241.05 for fees and costs incurred on behalf of Defendants Health Professionals and Dr. Cullinan. The magistrate judge recommends payment in full of those fees by no later than October 16, 2015. Despite being given an opportunity, no party has filed an objection to the magistrate judge's R&R. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the proposed fees and costs, which the court finds reasonable, the court accepts the R&R and sanctions plaintiff in the amounts

set out above. However, given that the magistrate-judge-recommended deadline is only a few days away, the court will extend plaintiff's opportunity to pay those fees in full until October 30, 2015.

Date: 10/13/2015

ENTER:

_____
FREDERICK J. KAPALA

District Judge