# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Valerie R. McCann, Special Administrator of the Estate of Patrick McCann, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No: 11 C 50125 |
| Ogle County, el al., | ) ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") from the magistrate judge that this court grant the parties' joint motion for a good faith finding and dismiss defendants Health Professionals, Ltd. and Stephen A. Cullinan. Any objection to the R&R was to be filed by January 25, 2017, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R [348] in full and grants the parties' joint motion for a good faith finding [343] and dismisses Health Professionals, Ltd. and Stephen A. Cullinan from the case.

Date: 1/26/2017

ENTER:

_____
FREDERICK J. KAPALA

District Judge